UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 APR 12 PM 5:00
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CAUSE NO.<br>) |
| STEPHEN M. LEE, | )<br>) 1:16-cr-0077 LJM -MJD |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### BANK ROBBERY 18 U.S.C. § 2113(a)

On or about November 2, 2015, in Bartholomew County Indiana, within the Southern District of Indiana, the defendant, Stephen M. Lee, by force and violence, or by intimidation, took or attempted to take, from the person or presence of another, any property or money in the care, custody, control, management, or possession of the Jackson County Bank, an entity whose deposits were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

### COUNT 2
### BANK ROBBERY 18 U.S.C. § 2113(a)

On or about December 29, 2015, in Monroe County Indiana, within the Southern District of Indiana, the defendant, Stephen M. Lee, by force and violence, or by intimidation, took or attempted to take, from the person or presence of another, any property or money in the care, custody, control, management, or possession of the Peoples State Bank, an entity whose deposits were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
## BANK ROBBERY 18 U.S.C. § 2113(a)

On or about January 27, 2016, in Monroe County Indiana, within the Southern District of Indiana, the defendant, Stephen M. Lee, by force and violence, or by intimidation, took or attempted to take, from the person or presence of another, any property or money in the care, custody, control, management, or possession of Regions Bank, an entity whose deposits were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4
## BANK ROBBERY 18 U.S.C. § 2113(a)

On or about February 2, 2016, in Vigo County Indiana, within the Southern District of Indiana, the defendant, Stephen M. Lee, by force and violence, or by intimidation, took or attempted to take, from the person or presence of another, any property or money in the care, custody, control, management, or possession of the Terre Haute Savings Bank, an entity whose deposits were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 5
## BANK ROBBERY 18 U.S.C. § 2113(a)

On or about February 16, 2016, in Bartholomew County Indiana, within the Southern District of Indiana, the defendant, Stephen M. Lee, by force and violence, or by intimidation, took or attempted to take, from the person or presence of another, any property or money in the care, custody, control, management, or possession of the Main Source Bank, an entity whose deposits were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Bradley P. Shepard
Assistant United States Attorney